# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**R.T.,** the mother,
Appellant,

v.

## DEPARTMENT OF CHILDREN AND FAMILIES
and
## GUARDIAN AD LITEM PROGRAM
Appellees.

No. 4D17-1357

[August 29, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Larry Schack, Senior Judge; L.T. Case No. 502015DP300475.

R.T., the mother, South Burrlington, VT, pro se.

Sara E. Goldfarb, Sanford, for appellee Guardian Ad Litem Program.

Meredith K. Hall of Children's Legal Service, Bradenton, for appellee Department of Children and Families.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***